[No. 26185-1-I.   Division One.   July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN L. ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01434-8, Daniel T. Kershner, J., entered May 14, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 28158-5-I.   Division One.   July 13, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. SARA MAE THOMAS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07037-5, Michael J. Fox, J., entered March 11, 1992. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Grosse, C.J., and Agid, J.

[No. 25333-6-I.   Division One.   July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MINVILUZ DULANO MACAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01251-7, Marsha J. Pechman, J., entered October 9, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, A.C.J., and Kennedy, J.